UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| R.R. Minvielle, LLC | Civil Action No.04-2504 |
| versus | Judge Tucker L. Melançon |
| Shell Oil Company, *et al.* | Magistrate Judge Wilson |

**ORDER**

The Court is in receipt of the parties Joint Motion to Reopen Proceedings [Rec. Doc. 43], submitted in accordance with the undersigned's Order entered December 9,2005, administratively terminating this action without prejudice [Rec. Doc. 42].

IT IS ORDERED that a telephone conference be conducted on Monday, January 8, 2007 at 2:30 P.M. to discuss the case and consider the Motion.

IT IS FURTHER ORDERED that counsel for plaintiff, Victor L Marcello, initiate the call.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 20th day of December, 2006.

                                                    Tucker L. Melançon
                                    UNITED STATES DISTRICT JUDGE